UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUDIO CASE LLC, | : |
| Plaintiff, | : ECF Case |
| -against- | : Docket No: 1:14-cv-04899-RJS |
| AMMO AUTO CARE, INC. and LARRY KOSILLA, | : **NOTICE OF APPEARANCE** |
| Defendants. | : |

**PLEASE TAKE NOTICE** that Edward F. Maluf, a Partner with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Defendants, *Ammo Auto Care, Inc.* and *Larry Kosilla*, in the above-captioned matter. Edward F. Maluf hereby certifies that he is admitted or otherwise authorized to practice in this Court.

Dated: July 24, 2014

          Respectfully submitted,

          SEYFARTH SHAW LLP

          By: s/ Edward F. Maluf
            Edward F. Maluf
            620 Eighth Avenue
            New York, New York 10018
            Telephone: (212) 218-5500
            Facsimile: (212) 218-5526
            emaluf@seyfarth.com

**CERTIFICATION OF SERVICE**

I hereby certify that on July 24, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court, using the court's CM/ECF system, which transmitted a Notice of Electronic Filing (NEF) to all Filing and Receiving Users listed as recipients of notice by electronic mail on said NEF, thereby constituting service upon such recipients in accordance with the Federal Rules of Civil Procedure and this court's local rules and CM/ECF procedures.

                                                  s/Edward F. Maluf
                                                    Edward F. Maluf