UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STUDIO CASE LLC, | : |
| | : ECF Case |
| Plaintiff, | : |
| | : Docket No: 1:14-cv-04899-RJS |
| -against- | : |
| | : **NOTICE OF APPEARANCE** |
| AMMO AUTO CARE, INC. and LARRY KOSILLA, | : |
| | : |
| Defendants. | : |

---

**PLEASE TAKE NOTICE** that Melissa Starcic, an associate with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters her appearance as attorney for Defendants, *Ammo Auto Care, Inc.* and *Larry Kosilla*, in the above-captioned matter. Melissa Starcic hereby certifies that she is admitted or otherwise authorized to practice in this Court.

Dated: July 25, 2014

    Respectfully submitted,

    SEYFARTH SHAW LLP

    By: s/ Melissa Starcic
        Melissa Starcic
        620 Eighth Avenue
        New York, New York 10018
        Telephone: (212) 218-5500
        Facsimile: (212) 218-5526
        mstarcic@seyfarth.com

## CERTIFICATION OF SERVICE

I hereby certify that on July 25, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court, using the court's CM/ECF system, which transmitted a Notice of Electronic Filing (NEF) to all Filing and Receiving Users listed as recipients of notice by electronic mail on said NEF, thereby constituting service upon such recipients in accordance with the Federal Rules of Civil Procedure and this court's local rules and CM/ECF procedures.

                                          s/  Melissa Starcic
                                          Melissa Starcic